# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MELANIE REIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 20-4202-GW-AGRx<br><br>**ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable George H. Wu |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 5, 2020　　　　　By: _George H. Wu_____
　　　　　　　　　　　　　　　　　　　　　Honorable George H. Wu
　　　　　　　　　　　　　　　　　　　　　United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-1192-8528 v1　　　- 1 -　　　CASE NO. 2:20-cv-04202 GW (AGRx)
ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE